ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DENNIS J. HANNA, CSBN 184475
Special Assistant United States Attorney
     Social Security Administration
     333 Market St., Suite 1500
     San Francisco, CA  94105
     Telephone:  (415) 977-8962
     Facsimile:  (415) 744-0134
     Email:  Dennis.Hanna@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| NANCY BROWN, | ) No. EDCV 10-01972 JEM |
| | ) |
|     Plaintiff, | ) **[PROPOSED]** |
| | ) **ORDER OF REMAND** |
|       v. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
|     Defendant. | ) |

    Based upon the parties' Stipulation to Voluntary Remand Pursuant to *Sentence Six* of 42 U.S.C. § 405(g) ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

DATED:  February 16, 2011     */s/John E. McDermott*

                             HON. JOHN E. McDERMOTT
                             UNITED STATES MAGISTRATE JUDGE